TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00156-CR

James Mark Sadler, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 7949, HONORABLE CHARLES J. HEARN, JUDGE PRESIDING

Appellant James Mark Sadler pleaded guilty to an indictment accusing him of five
counts of fraudulent transfer of a motor vehicle. Tex. Penal Code Ann. § 32.34 (West 1994). 
After accepting appellant's plea and hearing his judicial confession, the district court found him
guilty and assessed punishment at imprisonment for five years as provided in a plea bargain
agreement.

In his only point of error, appellant contends the court failed to admonish him
properly before accepting his plea. Tex. Code Crim. Proc. Ann. art. 26.13(a) (West 1989). 
Appellant correctly points out that the court did not admonish him orally. The required
admonishments, however, may be given either orally or in writing. Id. art. 26.13(d). The clerk's
record contains a written admonishment form complying with article 26.13(d) and reflecting that
appellant was fully admonished as required by article 26.13(a). The point of error is overruled.

The judgment of conviction is affirmed.

 

 Lee Yeakel, Chief Justice

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Affirmed

Filed: November 13, 1998

Do Not Publish